IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

RICHARD A. ROSEN,                                    :
On Behalf of the Ferguson Enterprises, Inc.          :
401(k) Retirement Savings Plan and On Behalf         :     CIVIL ACTION NO.  3:15-cv-1839-VAB
of All Other Similarly Situated Employee             :
Benefit Plans,                                       :
                                                     :
         Plaintiff,                                  :
                                                     :
v.                                                   :
                                                     :
PRUDENTIAL RETIREMENT INSURANCE                      :
AND ANNUITY COMPANY, PRUDENTIAL                      :
BANK & TRUST, FSB, CAPFINANCIAL                      :
PARTNERS, LLC d/b/a CAPTRUST                         :
FINANCIAL ADVISORS AND FERGUSON                     :
ENTERPRISES, INC.,                                   :
                                                     :     June 13, 2016
         Defendants.                                 :

**DEFENDANT CAPFINANCIAL PARTNERS, LLC's**
**<u>MOTION TO DISMISS</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant CapFinancial Partners,

LLC ("CapFinancial") moves to dismiss all allegations against CapFinancial in the Amended

Complaint of Plaintiff Richard A. Rosen. Dkt. 35. In support of its motion, CapFinancial

incorporates by reference the accompanying memorandum of law.

WHEREFORE, CapFinancial respectfully requests that this Court (a) dismiss the

allegations of the Amended Complaint against CapFinancial in their entirety, and (b) grant any

other appropriate relief.

ORAL ARGUMENT REQUESTED

Date:     June 13, 2016                    Respectfully submitted,

                                           CAPFINANCIAL PARTNERS, LLC D/B/A
                                           CAPTRUST FINANCIAL ADVISORS


                                           By:     /s/ *Daniel R. Thies*
                                                   One of its attorneys

                                                   Dan E. LaBelle (labelle@halloransage.com)
                                                   Federal Bar No. ct01984
                                                   HALLORAN & SAGE LLP
                                                   315 Post Road West
                                                   Westport, CT 06880
                                                   Tel: 203-227-2855
                                                   Fax: 203-227-6992

                                                   Joel S. Feldman (admitted *pro hac vice*)
                                                   Eric S. Mattson (admitted *pro hac vice*)
                                                   Daniel R. Thies (admitted *pro hac vice*)
                                                   Sidley Austin LLP
                                                   One South Dearborn Street
                                                   Chicago, Illinois 60603
                                                   Email: jfeldman@sidley.com
                                                   emattson@sidley.com
                                                   dthies@sidley.com
                                                   Phone: (312) 853-7000

                                                   *Attorneys for Defendant CapFinancial*
                                                   *Partners, LLC d/b/a CapTrust Financial*
                                                   *Advisors*

<u>**CERTIFICATE OF SERVICE**</u>

      I certify that on June 13, 2016, a copy of the foregoing Defendant CapFinancial Partners, LLC's Motion to Dismiss was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                              By: *<u>/s/ Daniel R. Thies</u>*
                                  Daniel R. Thies