IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. ROSEN, on behalf of the Ferguson Enterprises, Inc. 401(k) Retirement Savings Plan and on behalf of all other similarly situated employee benefit plans,<br><br>      Plaintiff,<br><br>vs.<br><br>PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, PRUDENTIAL BANK & TRUST, FSB, CAPFINANCIAL PARTNERS, LLC d/b/a CAPTRUST FINANCIAL ADVISORS, and FERGUSON ENTERPRISES, INC.,<br><br>      Defendants. | Case No. 3:15-cv-01839 (VAB)<br><br><br><br><br><br>June 13, 2016 |

**THE PRUDENTIAL DEFENDANTS' MOTION TO DISMISS THE
AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants Prudential Retirement Insurance & Annuity Company ("PRIAC") and Prudential Bank & Trust, FSB ("Prudential Trust") (collectively, "Prudential") hereby move the Court to dismiss the amended class action complaint filed by Richard A. Rosen (the "Amended Complaint"). For the reasons stated in the accompanying Memorandum in Support of The Prudential Defendants' Motion to Dismiss the Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Complaint should be dismissed entirely and with prejudice because plaintiff fails to state a claim under ERISA as a matter of law.

ORAL ARGUMENT REQUESTED

Dated:  June 13, 2016                                   Respectfully submitted,

 /s/ *James T. Shearin*
James T. Shearin (ct 01326)
PULLMAN & COMLEY
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601
Tel.: (203) 330-2240
Fax: (203) 576-8888
jtshearin@pullcom.com

Brian D. Boyle (*pro hac vice*)
Jeffrey W. Kilduff (*pro hac vice*)
Shannon M. Barrett (*pro hac vice*)
Meaghan VerGow (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
bboyle@omm.com
jkilduff@omm.com
sbarrett@omm.com
mvergow@omm.com

*Attorneys for the Prudential Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2016 a copy of the foregoing Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ James T. Shearin*
                                                  James T. Shearin (ct 01326)