IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. ROSEN, on behalf of the Ferguson Enterprises, Inc. 401(k) Retirement Savings Plan and on behalf of all other similarly situated employee benefit plans,<br><br>                Plaintiff,<br><br>v.<br><br>PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, PRUDENTIAL BANK & TRUST, FSB, CAPFINANCIAL PARTNERS, LLC d/b/a CAPTRUST FINANCIAL ADVISORS, and FERGUSON ENTERPRISES, INC.,<br><br>                Defendants. | Civil Action No.<br>3:15-cv-1839 VAB |

**DEFENDANT FERGUSON ENTERPRISES, INC.'S**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

    Defendant Ferguson Enterprises, Inc. ("Ferguson"), by and through its undersigned counsel, respectfully moves, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rule of Civil Procedure, to dismiss Plaintiffs' Amended Complaint with prejudice for the reasons set forth in the accompanying Memorandum of Law.

Dated: June 13, 2016

                                            Respectfully submitted,

                                            /s/ Jeremy P. Blumenfeld
                                            Jeremy P. Blumenfeld [ct23943]
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1701 Market Street
                                            Philadelphia, PA  19103
                                            (215) 963-5258 (Telephone)
                                            (215) 963-5001 (Facsimile)
                                            jeremy.blumenfeld@morganlewis.com

**ORAL ARGUMENT REQUESTED**

William J. Delany (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC  20004
(202) 739-5562 (Telephone)
(215) 963-5001 (Facsimile)
william.delany@morganlewis.com

Christopher M. Wasil [ct28578]
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT  06103
(860) 240-2719 (Telephone)
(860) 240-2515 (Facsimile)
christopher.wasil@morganlewis.com

*Attorneys for Defendant Ferguson Enterprises, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2016, the foregoing document and all attachments thereto were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts system.

/s/ Jeremy P. Blumenfeld
Jeremy P. Blumenfeld