## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RICHARD A. ROSEN,
On Behalf of the Ferguson Enterprises, Inc.                CIVIL No. 3:15-cv-1839(VAB)
401(k) Retirement Savings Plan and On Behalf
Of All Other Similarly Situated Employee
Benefit Plans,
          Plaintiff,

V.

PRUDENTIAL RETIREMENT INSURANCE
AND ANNUITY COMPANY, PRUDENTIAL
BANK & TRUST, FSB, CAPFINANCIAL
PARTNERS, LLC d/b/a CAPTRUST
FINANCIAL ADVISORS and
FERGUSON ENTERPRISES, INC.,
          Defendants.

### JUDGMENT

This matter came on for consideration on the three separate motions to

dismiss filed by the defendants, docs. #62, #63, #65 before the Honorable Victor

A. Bolden, United States District Judge. The Court has reviewed all of the papers

filed in conjunction with the motions and on December 30, 2016 an order entered

granting the relief requested in each motion, dismissing the claims in the

amended complaint with prejudice.

It is therefore ORDERED, ADJUDGED and DECREED that all counts are

dismissed with prejudice as to each Defendant, judgment is entered in favor of the

defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of March, 2017.

ROBIN D. TABORA, Clerk

EOD: 03/28/17

By   /s/ Kristen Gould
       Kristen Gould
       Deputy Clerk